

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EJD
F. #2021R00184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 7, 2023

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Liu, et al.
                  Criminal Docket No. 22-311 (LDH)

Dear Judge DeArcy Hall:

        The government respectfully submits this letter requesting that the status conference in the above-captioned matter be adjourned from June 7, 2023 at 3 p.m. to a date to be determined by the Court in the last week of June. The government makes this request on behalf of counsel for defendant Taylor, who is currently on trial and will be unavailable for much of June. Counsel for defendant Liu consents to the requested adjournment. Counsel for defendant Taylor has indicated that, in the alternative, she can appear remotely at today's 3 p.m. status conference.

        Should the Court grant the parties' request for an adjournment, the parties jointly request that the Court enter an order of excludable delay through the date of the next status conference in late June, as determined by the Court. This will allow the parties to continue to engage in plea negotiations and review discovery.

                                        Respectfully submitted,

                                        BREON PEACE
                                        United States Attorney

                By:        /s/
                                        Emily J. Dean
                                        Assistant U.S. Attorney
                                        (718) 254-6120

cc:    Clerk of Court (LDH) (by ECF)
       Defense Counsel (by ECF)