

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EJD
F. #2021R00184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 28, 2023

By ECF

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Liu, et al.
               Criminal Docket No. 22-311 (LDH)

Dear Judge DeArcy Hall:

      The government submitted a letter request on June 7, 2023 that the status conference in the above-captioned matter be adjourned from June 7, 2023 at 3 p.m. to a date to be determined by the Court in the last week of June. The government made this request on behalf of counsel for defendant Taylor, who is currently on trial and was unavailable on June 7, 2023. Counsel for defendant Liu consented to the requested adjournment. In that letter, the parties jointly requested that the Court enter an order of excludable delay through the date of the next status conference in late June, as determined by the Court, to allow the parties to continue to engage in plea negotiations and review discovery.

      The Court granted the parties' request and adjourned the status conference to June 29, 2023. As such, the parties consent to the exclusion of time from June 7, 2023 through June 29, 2023.

                              Respectfully submitted,

                              BREON PEACE
                              United States Attorney

             By:        */s/*
                              Emily J. Dean
                              Assistant U.S. Attorney
                              (718) 254-6120

cc:    Clerk of Court (LDH) (by ECF)
       Defense Counsel (by ECF)