UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA

        - against -

FAN LIU,
    also known as "Frank Liu"
CRAIG MILLER,
QUIANG SUN,
    also known as "Jason Sun"
DERRICK TAYLOR and
MATTHEW ZIBURIS,
----------------------------------------X

1:22-cr-00311

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Breon Peace, United States Attorney
        Emily J. Dean, Assistant U.S. Attorney
        271 Cadman Plaza East
        Brooklyn, New York 11201

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I Afia Sengupta, Esq. will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Current Affairs Times and a member in good standing of the bars of the States of New York (in-house counsel); Maharashta, India; and Goa, India, as attorney *pro hac vice* to argue or try this case in whole as counsel for Fan Liu. There are no pending disciplinary proceedings against me in any state or federal court.

Respectfully submitted,

Dated: 10/06/2023

Afia Sengupta
_____
Signature of Movant
Firm Name: Current Affairs Times
Address: 845 3rd Avenue, Suite 604
         New York, New York, 10022
Email: Info@Currentaffairstimes.com
Phone (848) 216-5889