

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

AAS/EJD  
F. #2021R00184

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

February 9, 2024

<u>By ECF</u>

The Honorable LaShann DeArcy Hall  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

        Re:    United States v. Liu, et al.  
                 <u>Criminal Docket No. 22-311 (LDH)</u>

Dear Judge DeArcy Hall:

      The government respectfully writes to provide the Court with an update on the status of this case with respect to defendant Fan "Frank" Liu.  The government and counsel for defendant Liu have been engaged in ongoing plea negotiations and believe that a disposition short of trial will likely be reached.  The parties jointly request an additional 60 days to explore a potential disposition.

      Accordingly, the parties jointly request that the Court enter an order of excludable delay from February 9, 2024 through the requested 60-day period to allow the parties to complete plea negotiations.  The parties propose that they submit an additional status update

via letter on April 8, 2024.  Should the defendant inform the government that he will plead guilty before April 8, 2024, the parties will immediately request a change of plea hearing.

        Respectfully submitted,

        BREON PEACE
        United States Attorney

By:    */s/ Alexander A. Solomon*
        Alexander A. Solomon
        Emily J. Dean
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of Court (LDH) (by ECF)
       Defense Counsel (by ECF)