

LAW OFFICES OF

# PETER KATZ

EXPERIENCE DEDICATION RESULTS

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323
PKATZLEGAL.COM

January 22, 2025

**Via ECF**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re**: USA v. Liu et al. 1:22-cr-00311-LDH

Dear Judge Hall:

As you are aware, I am counsel to Defendant Fan Liu in the above-referenced criminal matter. I have received the Court's Order issued today, which adjourns the status conference previously scheduled for January 23, 2025 at 2:30 p.m., to February 28, 2025 at 3:00 p.m. I write this letter to confirm our consent to exclude all time until the next conference date.

Thank you for your attention to this matter.

Sincerely,

Peter Katz
Counsel for *Defendant,* Fan "Frank" Liu
peter@pkatzlegal.com
(609) 477-4077