LAW OFFICES OF
PETER KATZ
EXPERIENCE DEDICATION RESULTS

116 VILLAGE BOULEVARD, SUITE 200
PRINCETON, NEW JERSEY 08540
609.734.4380

52 DUANE STREET, 7TH FLOOR
NEW YORK, NEW YORK 10007
212.933.9323
PKATZLEGAL.COM

February 27, 2025

**<u>Via ECF</u>**
Honorable LaShann DeArcy Hall
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

<u>Re</u>: USA v. Liu et al. 1:22-cr-00311-LDH

Dear Judge Hall:

     As you are aware, I am counsel to Defendant Fan Liu in the above-referenced criminal matter. I attempted to provide the following to Your Honor's Courtroom Deputy, however after talking with Your Honor's Chambers was told she was unavailable and that I should draft a letter to be sent via ECF.

     I write to alert the Court that at tomorrow's telephonic conference at 3:00pm I will move, with Mr. Liu's consent, to withdraw as his attorney. Among other reasons, there has been a breakdown in the attorney-client communication process and I can no longer provide him adequate representation. As trial is not slated until the beginning of 2026, I do not believe this will impede the timing of the case. I have notified the assigned AUSAs of this request and they indicated no opposition.

     Also, as I do not believe Mr. Liu has sufficient funds to hire a new attorney, I believe he will be eligible for appointed counsel. I wanted to let Your Honor know now in case you wanted to have a CJA attorney ready to join the call.

     Thank you for your attention to this matter.

                                                                                     Sincerely,

                                                                                 Peter Katz
                                                                                 Counsel for *Defendant,* Fan "Frank" Liu
                                                                                 peter@pkatzlegal.com
                                                                                 (609) 477-4077