

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EJD/LRO
F. #2021R00184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

CISO
Date: 2/25/26

February 25, 2026

**By Hand and ECF**

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   United States v. Liu, et al.
>        Criminal Docket No. 22-311 (LDH)

Dear Judge DeArcy Hall:

The government writes to notify the Court of its filing earlier today, via the Classified Information Security Officer, of a classified ex parte, sealed filing in response to the Court's inquiry at the January 22, 2024 status conference regarding the government's motion pursuant to the Classified Information Procedures Act.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:     /s/_____
Emily J. Dean
Lindsey R. Oken
Assistant U.S. Attorneys
(718) 254-7000

cc:   Clerk of Court (LDH) (by ECF)