

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

LRO:EJD

F. #2021R00184

*271 Cadman Plaza East*

*Brooklyn, New York 11201*

July 14, 2026

**By Email and ECF**

The Honorable LaShann DeArcy Hall
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Liu, et al.
>        Criminal Docket No. 22-311 (LDH)

Dear Judge DeArcy Hall:

The government writes to notify the Court of its filing earlier today of a classified ex parte, sealed filing requesting an extension of time to file its motion pursuant to Section Four of the Classified Information Procedures Act.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/_____
       Emily J. Dean
       Lindsey R. Oken
       Assistant U.S. Attorneys
       (718) 254-7000

cc:    Clerk of Court (LDH) (by ECF)